UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR415-190 <br> INFORMATION NO. <br><br> VIO: 18 U.S.C. § 371 <br> Conspiracy |
| v. | |
| KELLY WILLIAMS GODFREY and <br> MAX ROBERT GODFREY, JR. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### CONSPIRACY
### 18 U.S.C. § 371

1. Beginning no later than September 2013 and continuing until or after March 2014, Defendants Kelly W. Godfrey and Max R. Godfrey, Jr. knowingly and willfully conspired and agreed together and with each other to commit Mail Fraud contrary to Title 18, United States Code, Section 1341.

### Overt Acts

2. Defendants committed overt acts in furtherance of the conspiracy by making false representations to customers of FBB Venture, Inc. d/b/a Furniture Best Buys, who paid for furniture by mailing checks to a UPS Store address in Pooler, Georgia. In furtherance of the conspiracy and to effect the objects of the conspiracy, Defendants knowingly caused the following victim-customer checks to

be delivered by mail or by commercial interstate carrier to Pooler, Chatham County, in the Southern District of Georgia, on or about the following dates:

| Victim-Customer(s) | Check Amount | Check Mailing Date | PNC Bank Deposit Date |
|---|---|---|---|
| Heidi Lucas | $1,650.87 | Sept. 26, 2013 | Oct. 1, 2013 |
| Edwin Saunders and Susan Isaacs | $2,109.68 | Oct. 6, 2013 | Oct. 15, 2013 |
| Larry and Melinda Townsend | $2,256.75 | Oct. 9, 2013 | Oct. 15, 2013 |
| Tabitha Oostra | $2,199.00 | Oct. 17, 2013 | Oct. 24, 2013 |
| Sara and Larry Satterwhite | $1,847.90 | Nov. 18, 2013 | Nov. 25, 2013 |
| Nipunika Kabadi | $1,591.94 | Dec. 3, 2013 | Dec. 11, 2013 |
| Tonya and Michael Romero | $2,085.90 | Dec. 10, 2013 | Dec. 17, 2013 |
| Peggy MacKay | $929.20 | Dec. 12, 2013 | Dec. 16, 2013 |
| Sandra and Eric Cramer | $1,548.80 | Dec. 19, 2013 | Dec. 26, 2013 |
| Bruce and Jill Baldwin | $480.00 | Jan. 7, 2014 | Jan. 14, 2014 |
| Toni Doubleday | $1,046.40 | Jan. 21, 2014 | Jan. 28, 2014 |
| Misty Priest | $441.60 | Jan. 23, 2014 | Jan. 28, 2014 |
| Deborah Flake | $2,156.92 | Jan. 31, 2014 | Feb. 7, 2014 |
| Connie Durrance | $1,625.20 | Feb. 17, 2014 | Feb. 25, 2014 |
| Eileen Garner | $1,733.15 | Feb. 21, 2014 | Feb. 25, 2014 |
| Taylor Skelton | $959.20 | Mar. 4, 2014 | Mar. 19, 2014 |
| Margaret Wilson | $812.70 | Mar. 8, 2014 | Mar. 19, 2014 |
| Beth McGrew | $959.20 | Mar. 17, 2014 | Mar. 21, 2014 |

All done in violation of Title 18, United States Code, Section 371.

Edward J. Tarver
United States Attorney

James D. Durham
First Assistant United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

Charles W. Mulaney*
Assistant United States Attorney
*Denotes Lead Counsel

Frederick W. Kramer III
Senior Litigation Counsel